IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHARLES DOMINGUEZ,

    Petitioner,                    No. CIV S-11-1804 DAD P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the State of California as respondent. This entity is not the proper respondent in this habeas action. Petitioner must name the warden of the facility where he is incarcerated as the respondent. Therefore, the court will order petitioner to file an amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of service of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Within thirty days from the service of this order, petitioner shall file an amended petition using the form employed by this court and name the proper respondent; petitioner must state all claims and prayers for relief on the form. The amended petition must bear the case number assigned to this action and must bear the title "Amended Petition";

3. Petitioner's failure to comply with this order will result in the dismissal of this action; and

4. The Clerk of the Court is directed to provide petitioner with the in forma pauperis application and form petition for a writ of habeas corpus for a state prisoner

DATED: July 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
domi1804.122