IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHARLES DOMINGUEZ,

    Petitioner,                    No. CIV S-11-1804 DAD P

    vs.

STATE OF CALIFORNIA,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner challenges a judgment of conviction entered in the Stanislaus County Superior Court. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

       On August 22, 2011, petitioner filed a motion seeking relief from the court's July 26, 2011 order. Due to a docketing error, the wrong petition was filed in this case. The error has

1

1  been corrected.  Therefore, the court will grant petitioner's motion and the court's order requiring
2  petitioner to file an amended petition will be vacated.
3          Good cause appearing, IT IS HEREBY ORDERED that:
4          1.  Petitioner's August 22, 2011 motion for relief from the court's July 26, 2011
5  order (Doc. No. 6) is granted;
6          2.  The court's order, filed on July 26, 2011, requiring petitioner to file an
7  amended petition for a writ of habeas corpus is vacated;
8          3.  This court has not ruled on petitioner's request to proceed in forma pauperis;
9          4  This action is transferred to the United States District Court for the Eastern
10 District of California sitting in Fresno; and
11         5.  All future filings shall reference the new Fresno case number assigned and
12 shall be filed at:
13         United States District Court
        Eastern District of California
14         2500 Tulare Street
        Fresno, CA 93721
15
16 DATED: September 2, 2011.
17
18         DALE A. DROZD
19         UNITED STATES MAGISTRATE JUDGE
20 DAD:4
   domi1804.109